IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-574

| | |
|---|---|
| DON H. BROWN )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>THOMPSON INDUSTRIAL SERVICES, LLC, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court upon Defendant's Motion to Dismiss. [D.I. 3]. Plaintiff filed his Complaint in the Superior Court of Mecklenburg County, North Carolina alleging violations of the Americans with Disabilities Act and North Carolina common law. Defendant removed the case to this Court on November 12, 2010. [D.I. 1]. An Order was issued to the *pro se* Plaintiff on March 10, 2011, ordering him to file a response to the Defendant's Motion to Dismiss within fourteen days. [D.I. 6]. The Plaintiff has failed to respond. Accordingly, the Court will proceed to decide this matter. After review of the Plaintiff's Complaint and the Defendant's Motion to Dismiss, the Defendant's Motion is hereby GRANTED for the reasons set out therein.

**SO ORDERED**.

Signed: May 17, 2011

Graham C. Mullen
United States District Judge