# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Don H. Brown,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                              3:10cv574

Thompson Industrial Services LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 17, 2011 Order.

Signed: May 17, 2011

_____
Frank G. Johns, Clerk
United States District Court